DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MAURICE THOMAS FLAKES,

Appellant,

v.

NANCY KWAMBOKA RASUGU,

Appellee.

No. 2D22-2457

_____

November 8, 2023

Appeal from the Circuit Court for Hillsborough County; G. Gregory
Green, Judge.

Maurice Thomas Flakes, pro se.

Jeff Harper of Bay Area Legal Services, Inc., Tampa, for Appellee.


PER CURIAM.

   Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.